**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

|  |  |  |
|---|---|---|
| | : | |
| MARIA VELEZ, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 5:15-cv-1543 |
| | : | |
| READING HEALTH SYSTEM, t/a READING | : | |
| HOSPITAL, | : | |
| Defendant. | : | |

_____

**O R D E R**
(**Non-Jury Trial – Verdict for Defendant**)


**AND NOW**, this 27th day of April, 2016, for the reasons stated in the Memorandum

Opinion issued this date, which sets forth the Court's findings of fact and conclusions of law, **IT**

**IS HEREBY ORDERED**:

1.    Judgment is **ENTERED** in favor of Defendant and against Plaintiff; and

2.    The case is **CLOSED**.



BY THE COURT:


*/s/ Joseph F. Leeson, Jr.*_____
JOSEPH F. LEESON, JR.
United States District Judge